UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALDO DELGADO; DAMIAN MENDEZ,

    Plaintiffs,

v.                                    CASE NO.: 2:17-cv-411-FtM-99MRM

GATOR MULCH OF S.W. FLORIDA,
INC, a Florida Profit Corporation,
as successor in interest to FLORIDA
SPREADING SERVICES, LLC;
and MANUEL GAMEZ-NINO,
Individually,

    Defendants.
_____/

**PLAINTIFFS' NOTICE OF FILING ANSWERS TO**
**THE COURT'S INTERROGATORIES**

    Plaintiffs, ALDO DELGADO and DAMIAN MENDEZ, hereby give notice of filing their Answers to the Court's Interrogatories pursuant to this Court's Scheduling Order [D.E. 14].

    Dated this 9th day of October, 2017.

                                      Respectfully submitted,

                                      **/s/ ANGELI MURTHY**
                                      ANGELI MURTHY, ESQ.
                                      FLorida Bar No.:   088758
                                      MORGAN & MORGAN, P.A.
                                      600 N. Pine Island Road, Suite 400
                                      Plantation, FL 33324
                                      Phone:  (954) 318-0268
                                      Fax: (954) 327-3016
                                      Email: amurthy@forthepeople.com
                                      *Trial Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed using the CM/ECF system on this 9th day of October, 2017, which I understand will send notification of such filing to all counsel of record.

/s/ ANGELI MURTHY
Angeli Murthy, Esq.