UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALDO DELGADO; DAMIAN MENDEZ,

    Plaintiffs,

v.                              CASE NO.: 2:17-cv-411-FtM-99MRM

GATOR MULCH OF S.W. FLORIDA,
INC, a Florida Profit Corporation,
as successor in interest to FLORIDA
SPREADING SERVICES, LLC;
and MANUEL GAMEZ-NINO,
Individually,

    Defendants.
_____/

## DAMIAN MENDEZ' ANSWERS TO COURT'S INTERROGATORIES

1.    During what period of time were you employed by the Defendant?

**ANSWER:**    To the best of my recollection, I started in August 2016.  I ended employment at the end of May 2017.

2.    Who was your immediate supervisor?

**ANSWER: Manuel (Manny) Gamez-Nino.  Heidi Sariol was also involved in the day-to-day running of the business.**

3.    Did you have a regularly scheduled work period?  If so, specify.

**ANSWER:**    As a driver, I was scheduled to be at the jobsite from 7:00 a.m. to 5:30 p.m. with 30 minutes for lunch, six days per week.  I was also required to pick up and drop off the crew, and transport them to and from the jobsite, which took between 4 and 9 hours per day.  About four or five days per week, I also had to drop off pallets and unload them,

which took another thirty minutes, or another 2.5 hours per week. I think that only 7:00 a.m. to 5:30 p.m. was counted as my regular work period.

As an Operations Manager, I was scheduled from 7:00 a.m. to 3:30 p.m. with 30 minutes for lunch, six days per week. But I actually worked from 7:00 a.m. to 7:00 p.m. each day.

4. What was your title or position? Briefly describe your job duties.

ANSWER: Title/Position: Driver – August 2016 to October 2016

Job duties: I picked up and dropped off the crew, checked work, stacked pallets and other manual work during the day, and several times per week dropped off and unloaded pallets at the yard.

Title/Position: Operations Manager – November 2016 to end of May 2017

Job duties: Manny would send me instructions and location the day before. I would go to the site with the trailer and his equipment and drop it there. At this location, I would check the crew's work, and if I saw something wrong I would tell the supervisor and he was responsible to correct it. If there were complaints, suggestions or questions from the client I would call Manny to communicate them, and he would determine how to handle.

At the end of the day, if the job was completed the supervisor and workers would help me bag the trash and put it in the trailer along with the pallets and equipment. Then, I would drop the trailer at Manny's house and empty the trailer.

> **I was responsible for taking the workers ice and water. I would also do touch-ups on different locations, simple things that were not finished correctly.**
>
> **At the end of every week, basically on Saturdays, I would correct timesheets with the workers and collect the receipts of any supplies bought. Then, I would meet with Manny to give him the timesheets and the receipts so that he would enter the time into his application. I would also give him the sites work description log sheets for the whole week.**

5. What was your regular rate of pay?

**ANSWER: As a driver, $150 per day, and $900 per week, for a regular rate of $9.09 per hour based on a 99 hour week. As Operations Manager, $650 per week and then $700 per week, for a regular rate (based on a 72 hour week) of $9.03 and $9.72 per hour, respectively.**

6. What is the nature of your claim (check all that apply)?

   __X__ Off the clock work (Defendant failed to record, or prohibited you from recording, all of your working time);

   __X__ Misclassification (Defendant mistakenly classified you as exempt from overtime);

   ___ Miscalculation (Defendant failed to correctly calculate your compensation);

   __X__ Other (Please describe): **I was misclassified as an independent contractor and paid on a 1099 even though I was a full time employee.**

7. Provide an accounting of your claim, including:

   (a) Dates:

**ANSWER: Driver, approximately August 2016 through October 2016, Operations Manager, November 2016 through end of May 2017.**

(b) Regular hours worked:

**ANSWER: I always worked at least 40 regular hours each week**

(c) Over-time hours worked;

**ANSWER: As a driver my reasonable recollection is that I worked approximately 99 hours per week on average (16.5 hours per day). As an Operations Manager, my reasonable recollection is that I worked approximately 72 hours per week on average.**

(d) Pay received versus pay claimed;

**ANSWER: As a driver, I received $900 per week for 99 hours, and was paid a day rate, for a rate of $9.09 per hour. I am owed $4.54 per hour for 59 weekly hours of overtime, for a total of $267.86 per week.**

**As an operations manager, I received $650 and then $700 per week, for regular rates of $9.03 and $9.72. While paid $650, I am owed $4.52 per hour for 32 overtime hours each week, for a total of $144.64 per week. While paid $700, I am owed $4.86 per hour for 32 overtime hours per week, for a total of $155.52 per week.**

(e) Total amount claimed.

ANSWER:  $267.86 for 4.33 weeks/mo over 3 months is $3,479.50
$144.64 for 4.33 weeks/mo over 4 months is $2,505.16
$155.52 for 4.33 weeks/mo over 3 months is $2,020.20

Total Owed = $8,004.86
**Plus an equal amount in liquidated damages is $16,009.72.**

**In addition, I claim entitlement to reasonable attorney's fees and costs.**

8. If you have brought this case as a collective action:

    (a) Describe the class of employee you seek to include in this action.

    (b) Has an opt-in notice been filed for every potential opt-in Plaintiff who has identified himself or herself as a person who wishes to join this action?

**ANSWER: N/A**

9. Please specify all attorney's fees and costs incurred to date. With respect to attorney's fees, please provide the hourly rate(s) sought and the number of hours expended by each person who has billed time to this case.

**ANSWER: My attorney, Angeli Murthy, has billed 3.5 hours to my case separate from what has been spent on Aldo Delgado's portion of the case, at a rate of $425 per hour, for a total of $1,487.50. No additional paralegal time has been spent on my case outside of what is accounted for in Aldo Delgado's answers.**

10. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?

**ANSWER: I complained that I was not being paid enough for all of the work I was doing.**

11. Was this complaint written or oral? (If a written complaint, please attach a copy).

**ANSWER: Oral.**

12. What was your employer's response? (If a written response, please attach a copy).

**ANSWER: As a driver he said he could not pay me anymore. As an operations manager, I got a raise to $700 from $650, but it was still about the same, broken down hourly, as I had made as a driver.**

I, **DAMIAN MENDEZ**, declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing answers to the Court's Interrogatories are true and correct based on my personal knowledge.

Executed this 9th day of October 2017 in Hendry County, Florida.

_/s/ Damian Mendez_
**DAMIAN MENDEZ**